Okay, last case on the docket for today is People v. Englehart, cause number 5-12-494 And Mr. Burke  Thank you, Your Honor In the name of the court, I'm Robert Burke and will be offering my case to the defendant I represent the defendant, Monty Englehart We're asking this court to reverse the trial court's finding of unfitness So that there will be no finding that he was ever unfit My client has a pain in the neck He's obstreperous, difficult, belligerent, bellicose, noncompliant He's a knucklehead I've had a lot of knuckleheads this afternoon One of them is giving his argument right now, Your Honor The opposing counsel doesn't disagree with you, I'm afraid She smiles Mr. Englehart has had an antisocial personality since he was a teenager That does not make him unfit Unfit is, if because of a mental or physical condition, unable to understand the nature and purpose of his proceedings against him Or to assist in his defense Now, Your Honor, we've all been in the courtroom or read transcripts of somebody who really is unfit And if you give them a chance, I would tell you that their grandfather is Charlie Burger He's still alive In this case, he paid off the sheriff The judge is in a conspiracy with his wife And the guy is a sovereign immunity Whatever We've all seen unfit people We've all had clients who, court appoints you, you're going to have to represent the person They've got border mental problems, border IQ For some reason, they are not really good at assisting you But you do the best you can And nobody can fault you for what you did, even though they're not able to assist 100% Mr. Englehart had problems But those problems are not shown by the facts of the case The only thing the state has is the opinion of one psychologist who never interviewed Mr. Englehart He read some old... And that's the only professional opinion in the case Was that a psychologist? Yes, until the fitness hearing where he was declared restored And then they brought in the people from Alton Mental Health But you're challenging the order that was entered, the initial order of unfitness Yes, Your Honor And what that refers Yes, Your Honor And that goes to the manifest way of the evidence And I believe that the court erred That they're clearly erroneous The judge is clearly erroneous in the way he ruled on this He said that He said that Mr. Englehart has fired a bunch of attorneys He didn't fire any of them First of all, Mary Lou Shainer got off the case because there was a conflict of interest Then Shane Aden got off the case because he had religious objections to child support And then the next guy got off the case because he couldn't win Mr. Englehart's trust in Mr. Englehart does have trust issues And then the fourth attorney was something like that I believe that he's the one that Mr. Englehart physically intimidated and may have touched somehow Really things didn't settle down until Pat Duffy got into the case He was brought in to help this guy Neil Heflin And once Major Duffy got into the case Then things seemed to be under control Except when Mr. Englehart tried to escape from the courthouse And I think that's perfect sense That's proof that he understood the nature of the proceedings against him The nature of the proceedings against him was he was going to prison unless he escaped from there I think that that's evidence that he knew what he was doing The other prisoners didn't want to be in the same cell as him He self-isolates Well, these are all things about antisocial personalities But part of that is jail is not a popularity contest Who cares if the other prisoners wanted to be with him? He had to have two teeth pulled while he was there And he thought the dentist was incompetent That doesn't make him unfit There's nothing that he did Well, you're talking about all kinds of facts that happened But there was one qualified professional Called to testify to give an opinion on whether he was fit And that professional said he's not fit And as you argue in your brief The trial judge didn't have to accept that opinion Correct But he could accept that opinion Do you agree with that? Yes And he did So why is this decision clearly erroneous? Look at the rest of the record And ask yourself Could Monty Englehart understand the nature of the proceedings against him? Well, okay, let me stop you there So is the judge supposed to Rather than listen to the professional opinion of a psychologist About what these things mean Make his own determination about what these other facts mean And say the psychologist doesn't know what he's talking about? Is that basically what you're arguing? Yes, that is what I'm arguing And I think that in this situation The judge put his own judgment aside The judge said I don't think there's a bonafide doubt as to fitness But if you want an examination, I'll order one And that's part of The judge gets to observe the defendant throughout the proceedings That statement was made before the fitness hearing Yes, it was made at the hearing At the time that the attorney said We think there's a bonafide doubt And he said, okay, I'm going to order a fitness hearing Yes He said, I haven't seen anything But I'm going to order a fitness hearing Yes The law isn't that he has to see anything If an attorney or somebody else Files a motion for a fitness hearing And says there's a bonafide doubt Does it matter if the judge has been present to observe anything? I think that the judge can take his own observations into account He did, he did He said, I haven't seen anything But we'll give you a hearing Yes And then at the hearing A psychologist testified he's not fit Correct If you look at the facts On what the The psychologist doesn't just get to give an opinion out of nowhere The psychologist has to have a basis Has to have a basis And here the psychologist's testimony itself He said, if he's doing this Then maybe that He never gave a clear answer That Mr. Engelhardt is unfit He said that his ability to assist counsel is impaired We've all had impaired clients That doesn't make them unfit That just means that we have to work harder With that particular client Counsel, let me ask you a question The state moved back In September of 13 To dismiss this appeal on grounds of mootness Yes And there were responses filed And I understand that Mr. Engelhardt Went to Chester, from reviewing the record I understand he went to Chester I thought he went to Alton, but maybe Chester Was found fit Came back to the circuit court The circuit court entered an order September the 10th of 2013 In its order, the defendant is fit to stand trial or plead Did not vacate the prior order Of finding him unfit But just at a later point in time Found him fit In your last, in the amended response To plaintiff's motion to dismiss defendant's appeal Paragraph 13 In saying to this court Don't dismiss this Because finally the issue of mootness Is one which should be fully briefed by the parties And then I see in your brief There was nothing regarding the mootness I'm not trying to blindside you But I'm just wondering My first thought in looking at this He's been found fit by the court Why are we proceeding with this appeal? And he's been sitting in the Massachusetts County Jail For what's some well over a year now Fit, ready to stand trial Awaiting the disposition of this appeal Why isn't this appeal moot? And your honor When I wrote that response I thought the state would actually bring it up In their brief But that didn't happen Because there are consequences And that's one of the reasons why Something is not moot If there are consequences Now as I point out in that response The consequences are That's a finding for being mentally ill And that follows you for the rest of your life You've been mentally ill You've been admitted to a mental hospital For observation and treatment That impacts his ability to get A firearm on his ID card That can impact his ability to get a driver's license There are lifelong consequences Of being found unfit Because that's a judgment about your mental condition And it's because of those consequences That I'm here arguing today That those consequences really to me Are an art of the case I think that he was never unfit He's got the pain in his knucklehead But he was not unfit And there are consequences to what the judge did Thank you, your honor Second May it please the court Mr. Burke, I'm Whitney Atkins For the state of Illinois The defendant's main complaint Is that the psychologist, Dr. Donaldson Did not have a sufficient factual basis Upon which to find the defendant unfit And thus because he did not have A sufficient factual basis The court should not have accepted his opinion But the psychologist's factual basis Was abundant The key facts that Dr. Donaldson relied on Are as follows There was painting done in the detention center Where the defendant was incarcerated The painting was not done In proximity to the defendant's cell But he claimed that the fumes were Poisoning him and making him bite his tongue He isolated himself in his cell With the lights off Rendering the cell dark for most of the day Every day He refused to take his hypertension medication Because he believed that it was poisoning him He refused to eat food Unless he saw it made Because he believed that it was poisoning him He had two teeth removed He believed that the second tooth was removed To cover up the dentist's incompetency In treating the first two He was unable to work with several attorneys And he could not be housed with other inmates Because they would go through extremes To escape being housed with him He was aggressive and he threatened people And as defendant stood up here He ultimately went through the facts And made his own determination As to what they meant But that was up to the expert To make the determination And he found that they were unfit And it was not just based upon His observation of the defendant It was based upon the information From professional staff in the detention center It was based upon reviewing The defendant's medical treatment records And it was based upon the psychologist's own experience And the aggregate of all this information Led Dr. Donaldson to believe that The defendant had a psychotic disorder That made him unfit And although the defendant did not cooperate So Dr. Donaldson was not able to Make a specific diagnosis He couldn't do any psychological testing Or anything like that Because the defendant wouldn't do anything So he testified that he was left to Render his opinion based upon what was available Right The things you just recited Right And he found that Although the defendant knew who the judge was The purpose for him being there The jury That he was unable to fully Assist in his own defense And that he was unable to Grasp the seriousness of the offenses And Dr. Donaldson's testimony Was unrebutted There were no other witnesses that testified It was the state's witness And the defendant did not provide Any other evidence to the contrary And a trial court is not free to reject An expert's opinion of a defendant's unfitness Without evidence of fitness And this is a rule that the defendant does not contest So because Dr. Donaldson's Unrebutted expert testimony Was formed on a sufficient factual basis The trial court was not free to reject it And as to defendant's contention That Dr. Donaldson's testimony was Speculative And full of conjecture The doctor explicitly said That the defendant had psychotic symptoms Such as delusions Paranoid thoughts Disorganized thoughts And delusions that impeded him From being able to fully work with his attorney The other complaint that the defendant has Is that the state ignored The professionals at the treatment centers Subsequent finding that the defendant was unfit To stand trial And that courts may consider facts that occur After a fitness hearing And it is true The state did ignore that finding Because it is immaterial In none of the cases that the defendant cites And in none of the cases that the defendant cites Did the reviewing court hold that Findings of unfitness Made after the fitness hearing During the defendant's treatment Are evidence of the circuit court's Initial finding of fitness The fact that after weeks of observing The defendant at treatment center Found that he did not suffer from a mental illness Does not mean that the circuit court's Original finding was wrong It can't possibly bear on the propriety Of the trial court's determination Because those events Had not even occurred yet So because Dr. Donaldson's opinion Was substantive The state provided sufficient evidence To establish the defendant's unfitness to stand trial The circuit court's finding of the defendant's fitness Is not against the manifest weight of the evidence Thank you Mr. Burke, any rebuttal? Yes, your honor The counsel admits that Mr. Englehart could understand the proceedings So what this comes down to is Could he assist counsel? And that was really the only opinion the psychologist gave Was that he just said he could not fully assist In his defense He could not fully assist, that's correct, your honor Then the fact that the cases Don't say you can look to subsequent  They say you can look to subsequent events in the record And this is a subsequent event in the record I hadn't read the cases But I have a hard time with the idea that A trial judge's ruling can be against the manifest weight of the evidence Because of something that happened after All the evidence was in and he decided the case How can you consider something That happened later on? This shows that his original belief was correct That there was nothing wrong with Mr. Englehart He felt like there was no bona fide Doubt as to fitness and he was right Dr. Donaldson said send him there for treatment Or he will never be fit They sent him there and they did not treat him at all They sent him there and the professionals realized There's nothing wrong with this guy And they sent him back to Massack County I mean, I understand that Maybe that's exactly what happened But the trial judge didn't know that was going to happen At the time that he made the decision that he was unfit Which is the decision you're appealing Yes, but any number of things could have happened afterwards That would have made the judge perhaps rude Or regret the decision that he made It doesn't have to be the finding The fitness from the mental health center It could have been other proceedings in court Where the judge could have realized There's nothing wrong with him You agree it's a manifest weight standard? Yes, Your Honor And the only evidence he had was the doctor's opinion? No, the judge is allowed to look at every time Mr. Englehart was in court When Mr. Englehart knowingly and intelligently Waived his right to a preliminary hearing Was he able to assist counsel that day? I assume he was The judge is allowed to look at that every time they were in court We both cite instances where Mr. Englehart Got valuable and got removed from the court The judge is allowed to look at that And that happened before all this fitness stuff came up That happened before the judge said There's no harm in fighting out of fitness The judge is allowed to look at everything And so is this court Thank you, Your Honor Thank you both for your briefs and your arguments The court will take this matter under advisement And will issue a written decision in due course Thank you